IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| U.S. SPECIALTY INSURANCE COMPANY,<br><br>*Plaintiff*,<br><br>v.<br><br>PREFERRED LANDSCAPE & IRRIGATION AND CHARLES HARRELL, JR.,<br><br>*Defendants*. | §<br>§<br>§<br>§<br>§<br>§<br>§     Civil Action No. 4:18-cv-00056<br>§<br>§<br>§<br>§<br>§ |

## ORDER APPROVING JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE

ON THIS DATE, the Court considered the Joint Stipulation of Dismissal without Prejudice (Dkt. #5) in the above-styled matter. The Court, having considered the Joint Stipulation finds that the Joint Stipulation should be approved, and the Case dismissed without prejudice.

IT IS THEREFORE ORDERED, ADJUDGED, and DECREED that the claims asserted by Plaintiff U.S. Specialty Insurance Company, against Defendants Preferred Landscape & Irrigation and Charles Harrell, Jr. are dismissed without prejudice to the refiling of same and that all pending requests for relief are denied as moot.

The Clerk is directed to close this civil action.

SIGNED this 13th day of March, 2018.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE